IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**THEOPHILUS LEE,**

    **Petitioner,**

**v.**                                                                         **Case No. 1:22-cv-114-AW-MJF**

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Theophilus Lee sought § 2254 relief. The State moved to dismiss, contending the petition was untimely. As the magistrate judge's report and recommendation (ECF No. 29) explains, however, the petition was timely.

The report and recommendation (to which there has been no objection) is adopted and incorporated into this order. The motion to dismiss (ECF No. 26) is DENIED. The case is returned to the magistrate judge for further appropriate proceedings.

SO ORDERED on May 30, 2023.

                                                    s/ *Allen Winsor*
                                                    United States District Judge