IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**THEOPHILUS LEE,**

    **Petitioner,**

v.                                            Case No. 1:22-cv-114-AW-MJF

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Theophilus Lee sought § 2254 relief. The State moved to dismiss, contending all claims were unexhausted. ECF No. 42. Lee did not respond, and the magistrate judge issued a report and recommendation concluding the court should grant the motion, ECF No. 44. Lee filed objections (ECF No. 45), and I have considered de novo the issues raised.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 42) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on March 7, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge